## 35401. BOLLING v. THE STATE.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 14, 1979 — DECIDED NOVEMBER 7, 1979.

*Glenn Zell,* for appellant.

*Randall Peek, District Attorney, William R. Ritchie, Assistant District Attorney,* for appellee.

## 35012. DEPARTMENT OF TRANSPORTATION v. EASTERN OIL COMPANY et al.

PER CURIAM.

After further consideration we conclude that certiorari was improvidently granted, and the writ is therefore dismissed.

*Dismissed. All the Justices concur, except Jordan, Hill and Marshall, JJ., who dissent.*

ARGUED SEPTEMBER 10, 1979 — DECIDED NOVEMBER 8, 1979 — REHEARING DENIED NOVEMBER 21, 1979.

*Arthur K. Bolton, Attorney General, William C. Joy, Assistant Attorney General,* for appellant.

*Charles M. Kidd, Gwenn E. Dorb,* for appellee.